**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO RECUSE

Appellate case name:        In re Ronald Dwayne Whitfield

Appellate case number:      01-22-00116-CV

Date motion filed:          April 7, 2022

Party filing motion:        Relator, Ronald Dwayne Whitfield

On March 31, 2022, the Panel, consisting of Justices Kelly, Goodman, and Guerra, denied relator, Ronald Dwayne Whitfield's, petition for writ of mandamus. On April 7, 2022, relator filed a document entitled "Motions: (1) [f]or Reconsideration En Banc, (2) [f]or Rehearing (no reasons stated for conclusion; ergo, How Does One Show Oneself Entitled to Relief . . .?), and (3) for Panel Members to Recuse Themselves and Withdraw."

With respect to Whitfield's "Motion[] . . . for Panel Members to Recuse Themselves and Withdraw," Justices Kelly, Goodman, and Guerra certified the matter to the en banc Court for consideration and ruling. *See* TEX. R. APP. P. 16.3(b). The en banc Court **denies** relator's "Motion[] . . . for Panel Members to Recuse Themselves and Withdraw."

It is so ORDERED.

Judge's signature: _/s/ Chief Justice Sherry Radack_____
                   Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Landau, Hightower, Countiss, Rivas-Molloy, and Farris.

Date: __April 26, 2022____